UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.  3:02cr94/RV/CJK
 3:12cv129/RV/CJK

**GUERLY ALEXIS**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 7, 2014 (doc. 262).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed (doc. 263), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's amended motion to vacate, set aside, or correct sentence (doc. 229) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 24th day of July, 2014.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**